

FILED
OCT 7 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-159 |
| | ) (Misdemeanor) |
| TODD D. ALLEN | ) VA 19 |
| | ) |
| | ) Court Date: October 11, 2019 |
| | ) Time: 8:30 a.m. |

### CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 7495532

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 2, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, TODD D. ALLEN, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol while his blood alcohol content level was greater than .20 grams per 210 liters of breath, to wit: while his blood alcohol content was .25 grams per 210 liters of breath. This is a second offense of this nature committed within a period of five to 10 years of a prior offense under the Code of Virginia, Section 18.2-266. On February 12, 2014, TODD D. ALLEN was previously convicted of driving while intoxicated in the General District Court of New Kent County, Virginia. (In violation of Title 18, United States

Code, Sections 7 & 13, assimilating Code of Virginia, Sections 18.2-266 and 270 (A) and (B2).

By:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*/s/ Stacey Jacovetti*
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Oct 7, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant TODD D. ALLEN.

By: *[signature]*
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil